NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BECTON, DICKINSON AND COMPANY

---

2011-1111
(Serial No. 77/254,637)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## O R D E R

Becton, Dickinson and Company moves for a 25-day extension of time, until June 20, 2011, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__MAY 1 9 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Richard Z. Lehv, Esq.
     Raymond T. Chen, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 1 9 2011**

**JAN HORBALY**
**CLERK**